**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
**GOLDEN LAW A.P.C.**
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 878-3521

Attorneys for Defendants:
FAREST, INC., DENNY YUEN and MAY YUEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
* * *

| | |
|---|---|
| GEORGE AVALOS, an individual, | NO. 1:21-cv-00993-DAD-SKO |
| Plaintiff, | **STIPULATION TO EXTEND RESPONISVE PLEADING DEADLINE AND ORDER THEREON** |
| vs. | |
| FAREAST, INC., a California corporation; DENNY YUEN, individually and as trustee of the DENNY YUEN AND MAY YUEN RECOVABLE LIVING TRUST DATED JANUARY 15, 2008; MAY YUEN, individually and as trustee of the DENNY YUEN AND MAY YUEN RECOVABLE LIVING TRUST DATED JANUARY 15, 2008; and DOES 1-10, inclusive | **(Doc. 7)** |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, GEORGE AVALOS ("Plaintiff"), and Defendants, FAREAST, INC., a California corporation; DENNY YUEN, individually and as trustee of the DENNY YUEN AND MAY YUEN RECOVABLE LIVING TRUST DATED JANUARY 15, 2008; MAY YUEN, individually and as trustee of the DENNY YUEN AND MAY YUEN RECOVABLE LIVING TRUST DATED JANUARY 15, 2008, ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rule 144, Defendant may have to and including August 19, 2021 to file a responsive pleading to the Complaint. This extension of time is Defendants' first

1  extension and does not alter the date of any event or any deadline already scheduled by the
2  Court.
3  DATED: July 21, 2021                     GOLDEN LAW A.P.C.

                                            By__/s/ Rachelle Taylor Golden_____
                                                RACHELLE TAYLOR GOLDEN
                                                Attorney for Defendant,
                                                HPC BLACKSTONE INVESTORS, LP


8  DATED: July 21, 2021                     MANNING LAW

                                            By__/s/  Joseph R. Manning, Jr._____
                                                JOSEPH R. MANNING, JR.
                                                Attorney for Plaintiff,
                                                GEROGE AVALOS


## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                            By__/s/ Rachelle Taylor Golden_____
                                                RACHELLE TAYLOR GOLDEN
                                                Attorney for Defendant,
                                                HPC BLACKSTONE INVESTORS, LP


## ORDER

Based upon the parties' above-stipulation (Doc. 7), IT IS HEREBY ORDERED, that Defendants, FAREAST, INC., a California corporation; DENNY YUEN, individually and as trustee of the DENNY YUEN AND MAY YUEN RECOVABLE LIVING TRUST DATED JANUARY 15, 2008; MAY YUEN, individually and as trustee of the DENNY YUEN AND

MAY YUEN RECOVABLE LIVING TRUST DATED JANUARY 15, 2008, may have up to and including August 19, 2021, to file their responsive pleadings to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **July 22, 2021**                                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE