UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>            Plaintiff,<br><br>    v.<br><br>FAREAST, INC. , et al.,<br><br>            Defendants. | Case No.  1:21-cv-00993-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 10) |

On August 11, 2021, Plaintiff filed a notice of voluntary dismissal, notifying the Court of the dismissal of this action without prejudice. (Doc. 10.)  Plaintiff filed this notice before any of the opposing parties served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **August 12, 2021**              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE